UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24570-CIV-ALTONAGA/O'Sullivan

**TATIANA RIBEIRO**,

    Plaintiff,
vs.

**LA PAISANA RESTAURANT, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Approval and Entry of Consent Decree and Dismissal of All Claims with Prejudice ("Motion") [ECF No. 20], filed on February 3, 2015. The Court has carefully considered the Motion and the Consent Decree [ECF No. 21]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court finds the Consent Decree to be fundamentally fair, adequate and reasonable to improve access for persons with disabilities at the property at issue, and to otherwise meet the purposes of Title III of the Americans with Disabilities Act, 42 U.S.C. section 12181, *et seq*.

2. Plaintiff's Motion for Approval and Entry of Consent Decree and Dismissal of All Claims with Prejudice **[ECF No. 20]** is hereby **GRANTED**, and the Consent Decree [ECF No. 21] is APPROVED.

3. The Court shall retain jurisdiction to enforce the Consent Decree.

4. Each party shall bear its own attorney's fees and costs except as detailed in the parties' Consent Decree.

CASE NO. 14-24570-CIV-ALTONAGA

5. This case is **DISMISSED with prejudice**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 4th day of February, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record